| United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MWT Architecture, P.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**04-3649797** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2947 Delaware Avenue**<br>**Buffalo, NY**<br>ZIP Code **14217** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
   *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
   check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
   in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
   under Title 26 of the United States
   Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9      ☐ Chapter 15 Petition for Recognition
☐ Chapter 11        of a Foreign Main Proceeding
☐ Chapter 12     ☐ Chapter 15 Petition for Recognition
☐ Chapter 13        of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,       ■ Debts are primarily
   defined in 11 U.S.C. § 101(8) as              business debts.
   "incurred by an individual primarily for
   a personal, family, or household purpose."

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
   attach signed application for the court's consideration certifying that the debtor
   is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
   attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
   ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
   ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
      to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more
      classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
   there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MWT Architecture, P.C.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X**_____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MWT Architecture, P.C.** |

<b>Signatures</b>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Arthur G. Baumeister, Jr.** _____
Signature of Attorney for Debtor(s)

 **Arthur G. Baumeister, Jr.** _____
Printed Name of Attorney for Debtor(s)

 **Amigone, Sanchez, Mattrey & Marshall LLP** _____
Firm Name
 **1300 Main Place Tower**
 **350 Main Street**
 **Buffalo, NY 14202**
_____
Address

         **Email: abaumeister@amigonesanchez.com**
**(716) 852-1300  Fax: (716) 852-1344**
Telephone Number
 **January  7, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Mark W. Tiedemann** _____
Signature of Authorized Individual
 **Mark W. Tiedemann** _____
Printed Name of Authorized Individual
 **President** _____
Title of Authorized Individual
 **January  7, 2009** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Case 1-09-10059-CLB    Doc 1    Filed 01/07/09    Entered 01/07/09 16:50:43

123 Delivery, Inc.
80 Curtwright Drive, Suite 1
Buffalo, NY 14221


Aerotek, Inc.
3689 Colection Center Drive
Chicago, IL 60693


Aerotek, Inc.
c/o Jonathan Neil & Associates, Inc.
71 West Main Street, Suite 304
Freehold, NJ 07728


AI MBNA Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Express  -  LOC
P.O. Box 1270
Newark, NJ 07101-1270


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710


Benett & Jimenez, Inc.
81 N. Decatur Blvd., Suite B
Las Vegas, NV 89108-2957


Bloom, Cole & Shonn, LLP
Daniel D. Shonn, Jr., Esq.
6 North Pearl Street
Buffalo, NY 14202


BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290-1065

BXI Consultants, Inc.
33 Peuquet Parkway
Tonawanda, NY 14150


Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19850-5153


Cole Jenest & Stone
200 South Tryon Street, Suite 1400
Charlotte, NC 28202


Costa Rica Tax Administration


DCI Engineers
601 W. Riverside, Suite 600
Spokane, WA 99201


DeLage Landen Financial Services
P.O. Box 41601
Philadelphia, PA 19101-1601


Dell Financial Services
Payment Processing Center
4307 Collection Center Drive
Chicago, IL 60693


Driesenga & Associates, Inc.
455 E. 8th Street, Suite 100
Holland, MI 49423


Duplicating Consultants
315 Creekside Drive
Buffalo, NY 14228


ECS Lltd.
14026 Thunderbolt Place, Suite 500
Chantilly, VA 20151-3232


Embarq
P.O. Box 660068
Dallas, TX 75266-0068

Erie County Water Authority
350 Ellicott Square Building
P.O. Box5148
Buffalo, NY 14240-5148


Erwin & Eleazer, PC
831 East Morehead St., Suite 840
Charlotte, NC 28202-2726


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-7461


Financial Recoveries
P.O. Box 330
Buffalo, NY 14223


Fitzpatrick Engineering Group
19520 West Catawba Avenue, Suite 311
Cornelius, NC 28031


Gholkar's
P.O. Box 378
7321 State Rt. 251
Victor, NY 14564


Gholkar's
c/o Aaron, Dautch, Sternberg & Lawson
730 Convention Center Tower
43 Court Street
Buffalo, NY 14202-3172


Giuseppe Holdings LLC
2947 Delaware Avenue
Buffalo, NY 14217


Ground Floor Engineering
10125 W. Colonial Drive, Suite 212
Ocoee, FL 34761


Harter, Secrest & Emery, LLP
1600 Bausch & Lamb Place
Rochester, NY 14604-2711

ICE
Apartado 10032-1000
San Jose, Costa Rica


Integrity Office
225 Louisiana Street
Buffalo, NY 14204


Intercede Mediation
ADR Services
212 South Tryon Street, Suite 1560
Charlotte, NC 28281


Jake Palillo
Palillo University
17532 Sail View Drive
Cornelius, NC 28031


James R. Frandsen, P.E.
P.O. Box 426
3310 Route 352
Big Flats, NY 14814


Johnson & Conway, LLP
18 Sycamore Avenue, Suite 201
Ho Ho Kus, NJ 07423


Kromac Design
10545 Main Street
Clarence, NY 14031


Lang & Associados
APDO Postal 69-6155
Forum Santa Ana
San Jose, Costa Rica


Lauer-Manguso & Associates
4080 Ridge Lea Road
Buffalo, NY 14228


Lighthouse Engineering
400 W. Morgan Street, Suite 100
Raleigh, NC 27603

Mendenhall Smith
3571 Red Rock Street, Suite A
Las Vegas, NV 89103


Mitchell J. Bardack
Asesores Fiscales Corporativos
Parque Empresarial Forum
Edificio E. Segundo Piso
San Jose, Costa Rica


National Fuel Gas
P.O. Box 4103
Buffalo, NY 14264


National Grid
P.O. Box 4798
Syracuse, NY 13221-4798


NCO Financial Systems Inc.
P.O. Box 15740
Wilmington, DE 19850-5740


NCO Financial Systems Inc.
P.O. Box 965
Brookfield, WI 53008-0965


One Communications
P.O. Box 1927
Albany, NY 12201-1927


Reed Smith, LLP
P.O. Box 759052
Baltimore, MD 21275-9052


Richard L. Robertson & Associates
2730 East Harris Blvd., Suite 101
Charlotte, NC 28213-4108


Schintzius & Krupski, LLP
7606 Transit Road
Pleasant Hill Suites, Suite 100
Buffalo, NY 14221

Stewart Engineering, Inc.
421 Fayetteville Street, Suite 400
Raleigh, NC 27601


Structural Consulting Group
6250 Shiloh Road, Suite 210
Alpharetta, GA 30005


Structures, Inc.
150 Fairview Road, Suite 330
Mooresville, NC 28117


Stubbeman, McRae, Sealy, Laughlin
& Browder, Inc.
P.O. Box 1540
Midland, TX 79702


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


Time Warner Cable Business Class
P.O. Box 70872
Charlotte, NC 28272-0872


Torrence Reprographics
Ridgeway's East Coas
P.O. Box 5378
Philadelphia, PA 19142


TW Telecom
P.O. Box 172567
Denver, CO 80217-2567


Verizon
P.O. Box 660720
Dallas, TX 75266-0720


Vrettos Pappas Consulting Engineers
101 North McDowell Street, Suite 120
Charlotte, NC 28204


Waste Services International
P.O. Box 1084
Buffalo, NY 14226

Xerox Corporation
P.O. Box 7405
Pasadena, CA 91109-7405